David Edwin MASON, By and Through Charles C. MARSON, Petitioner–Appellant,

v.

Daniel E. VASQUEZ, Warden of the California State Prison at San Quentin, Respondent–Appellee.

David Edwin MASON, Petitioner,

and

Randy Alana, Patrick Tafoya and Lee Terry Farmer, as next friends of David E. Mason, Applicants in intervention/Appellants,

v.

Daniel B. VASQUEZ, Warden of the California State Prison at San Quentin, Respondent–Appellee.

Nos. 93–99008, 93–99009.

United States Court of Appeals, Ninth Circuit.

Aug. 23, 1993.

Before: WALLACE, Chief Judge, and TANG, SCHROEDER, PREGERSON, POOLE, BEEZER, KOZINSKI, NOONAN, THOMPSON, TROTT and FERNANDEZ, Circuit Judges.

## ORDER

A majority of the special death penalty en banc court has voted to affirm the order of the special death penalty panel vacating the stay entered by the district court. All stays in the circuit and district courts are hereby vacated.

See also 5 F.3d 1220.

Mandate recalled 5 F.3d 1226.